Timothy X. Gibson (TXG 6800)
Gibson & Dernier LLP
Suite 200, 125 Half Mile Road
Red Bank, NJ  07701
Tel.: (732) 634-7634
Fax: (732) 634-6887
Email: tgibson@gdiplaw.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **QUALITY COMPUTER ACCESSORIES, INC.,** | |
| **Plaintiff,** | **COMPLAINT FOR PATENT INFRINGEMENT AND JURY DEMAND** |
| **vs.** | |
| **ARCHTECH ELECTRONICS CORPORATION and BLACK BOX CORPORATION,** | **Civil Action No.** |
| **Defendants.** | |

## COMPLAINT FOR PATENT INFRINGEMENT AND JURY DEMAND

Plaintiff Quality Computer Accessories, Inc. ("QCA" or "plaintiff"), by its attorneys, for its Complaint against defendants Archtech Electronics Corporation ("Archtech") and Black Box Corporation ("Black Box") (collectively, "defendants"), alleges as follows:

## JURISDICTION AND PARTIES

1.      This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 271.

2.      The Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).  Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and 1400(b).

3.      Plaintiff QCA is a New Jersey corporation having a principal place of business at 70 Ethel Road West, Suite 1, Piscataway, NJ 08854.

4.      Defendant Archtech is, upon information and belief, a New Jersey corporation having a principal place of business at 117 Docks Corner Road, Suite A, Dayton, NJ 08810.

5.      Defendant Black Box is, upon information and belief, a Pennsylvania corporation with a principal place of business at 1000 Park Drive, Lawrence, PA 15055-1018.

6.      This Court has personal jurisdiction over the defendants based on, *inter alia*, defendant Archtech having an office located in this jurisdiction, and upon information and belief, defendants Archtech and Black Box having made, used, sold and/or offered for sale their products and/or services in New Jersey, having transacted business within this district, having derived substantial revenue from intra-state and inter-state commerce and having committed tortious acts within this district and also without this district having injurious consequences within this district.

## PATENT-IN-SUIT

7.      On September 10, 2013, United States Patent No. 8,529,284 (hereinafter "the '284 patent")                entitled                "Connector                Locking                Assembly" was duly and legally issued.  A true copy of the '284 patent is attached hereto as Exhibit A.

QCA is the owner by assignment of the '284 patent, and has owned the patent throughout the period of the defendants' infringing acts.

8.      The '284 patent is valid and enforceable, subsisting and maintained in force.

9.      Plaintiff has taken reasonable steps to ensure that all products incorporating the patented technology have been marked in accordance with the provisions of 35 U.S.C. § 287.

## COUNT I

10.     Plaintiff re-alleges all of the foregoing paragraphs as if set forth herein.

11.     Upon information and belief defendant Archtech has infringed and continues to infringe the claims of the '284 patent in one or more of the following ways, and will continue to do so unless enjoined by this Court: making or having made for them, using, selling and/or offering to sell a product or products that infringe at least one claim of the '284 patent in this judicial district and elsewhere in the United States, all without permission, license or consent from the plaintiff.

12.     Upon information and belief defendant Black Box is, *inter alia*, a distributor of products made, used or sold by defendant Archtech and has infringed and continues to infringe the claims of the '284 patent in one or more of the following ways, and will continue to do so unless enjoined by this Court: making or having made for them, using, selling and/or offering to sell a product or products that infringe at least one claim of the '284 patent in this judicial district and elsewhere in the United States, all without permission, license or consent from the plaintiff.

13.     Upon information and belief, since at least as early as July 15, 2014, Black Box has been offering for sale and/or selling a product identified as the 3 Series Patch Cable. See Exhibit B hereto.  The 3 Series Patch Cable includes a connector locking assembly which infringes at least one claim of the '284 patent.

14.     Upon information and belief, the 3 Series Patch Cable offered for sale and/or sold by Black Box is manufactured by or on behalf of Archtech and supplied to Black Box.

15.     Upon information and belief, defendants have full knowledge of the patent rights of plaintiff in the '284 patent, and of the infringement, and are continuing their sales without permission, license or consent from the plaintiff.

16.     All of the acts of defendants will continue to cause irreparable injury unless enjoined by the Court, since plaintiff lacks an adequate remedy at law.

17.     Defendants have been unjustly enriched and plaintiff is entitled to an accounting and award for damages, interest, and attorneys' fees. Defendants' foregoing activities have damaged the plaintiff in an amount as yet unknown.

18.     Defendants' infringement of the '284 patent is willful.

## COUNT II

19.     Plaintiff re-alleges all of the foregoing paragraphs as if set forth herein.

20.     Defendants by their acts are inducing infringement and/or contributorily infringing at least one claim of the '284 patent.

WHEREFORE, plaintiff respectfully requests this Court:

(a)     Adjudge the '284 patent is infringed by the defendants;

(b)     Preliminarily and permanently enjoin the defendants and their affiliates, subsidiaries, agents, servants and employees and all other persons in active concert with them from infringing United States Patent No. 8,529,284;

(c)     Award plaintiff damages adequate to compensate for the infringement, together with prejudgment interest;

(d)     Order that the damages be trebled due to the knowing, willful and wanton nature of defendants' infringement;

(e)     Award plaintiff prejudgment interest on the damages awarded under subsection (d) of this paragraph;

(f)     Award plaintiff its reasonable attorneys' fees and costs and expenses incurred under 35 U.S.C. § 285 in connection with this action; and

(g)     Grant such other relief as may be just and proper.

## JURY DEMAND

Plaintiff demands a jury to hear all issues so triable in this action.

Date:   October 23, 2014                         By: s/ Timothy X. Gibson

Timothy X. Gibson (TXG 6800)
Gibson & Dernier LLP
Suite 200, 125 Half Mile Road
Red Bank, NJ  07701
Tel.: (732) 634-7634
Fax: (732) 634-6887
Email: tgibson@gdiplaw.com
Attorneys for Plaintiff

## LOCAL RULE 11.2 CERTIFICATION

I certify that the matters in controversy are not the subject of any other action in any court, or of any arbitration proceeding.

Date:   October 23, 2014                         By: s/ Timothy X. Gibson

Timothy X. Gibson (TXG 6800)
Gibson & Dernier LLP
Suite 200, 125 Half Mile Road
Red Bank, NJ  07701
Tel.: (732) 634-7634
Fax: (732) 634-6887
Email: tgibson@gdiplaw.com

# EXHIBIT A

US008529284B1

(12) **United States Patent**
    Smith

(10) **Patent No.:**     **US 8,529,284 B1**
(45) **Date of Patent:**     **Sep. 10, 2013**

(54) **CONNECTOR LOCKING ASSEMBLY**

(75) Inventor: **John Smith**, Piscataway, NJ (US)

(73) Assignee: **Quality Computer Accessories Inc.,**
Piscataway, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/455,265**

(22) Filed: **Apr. 25, 2012**

(51) **Int. Cl.**
    ***H01R 13/627***     (2006.01)
(52) **U.S. Cl.**
    USPC ........................................... **439/352**; 439/344
(58) **Field of Classification Search**
    USPC ................................. 439/352, 344
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,204,721 B2 * | 4/2007 | Lundholm et al. | 439/676 |
| 7,695,303 B2 * | 4/2010 | Chen et al. | 439/352 |
| 7,892,012 B1 * | 2/2011 | Foung | 439/352 |
| 7,976,329 B2 * | 7/2011 | Foung | 439/352 |
| 8,267,712 B2 * | 9/2012 | Huang et al. | 439/352 |

FOREIGN PATENT DOCUMENTS

TW     M413736     10/2011

* cited by examiner

*Primary Examiner* — James Harvey
(74) *Attorney, Agent, or Firm* — Bacon & Thomas, PLLC

(57) **ABSTRACT**

A connector locking assembly includes a cable connector, a
sleeve, and a locking device. The cable connector has a press-
ing plate. The sleeve includes a casing and a protective plate.
The casing is connected to the rear portion of the cable con-
nector. The protective plate extends from the casing, covers
the pressing plate from above, and has a through hole. A ring
set extends from the rear end of the casing. The locking device
is inserted into the through hole of the protective plate for
interfering with the descent of the pressing plate.

**16 Claims, 15 Drawing Sheets**







FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16

Case 1:14-cv-06585-JEI-JS   Document 1   Filed 10/23/14   Page 17 of 30 PageID: 17



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21



FIG. 22



FIG. 23



FIG. 24



FIG. 25



FIG. 26



FIG. 27

US 8,529,284 B1

**1**

## CONNECTOR LOCKING ASSEMBLY

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to cable connectors, and more particularly, to a connector locking assembly for providing locking and lock-releasing mechanisms thereto.

2. Description of the Related Art

Taiwan Patent M413736 discloses a safety lock assembly for a communication circuit, comprising a hollowed-out lock body and a lock-actuating device. The hollowed-out lock body receives and fastens a communication wire, such that the communication wire cannot be withdrawn from the hollowed-out lock body. The lock-actuating device is inserted into the hollowed-out lock body for releasing the communication wire which is otherwise fastened inside the hollowed-out lock body. Slots of existing electronic apparatuses (such as notebook computers or host computers) are usually arranged tightly and adjacently. As a result, if the hollowed-out lock body is overly large, ease of use will be compromised.

U.S. Pat. No. 7,976,329 discloses a connector locking device. The connector has a lock support and a locking tongue. The locking device penetrates the lock support, has a locking tongue support for supporting the locking tongue, and has a retaining mechanism connected to a release arm, and engaged with the lock support. The key has a release prong for engaging the release arm of the locking device, so as to withdraw the locking device from the lock support. The locking tongue of the connector is fully exposed; as a result, the locking tongue is likely to be compressed by an external force and severed.

### SUMMARY OF THE INVENTION

It is a primary objective of the present invention to provide a connector locking assembly for fastening a cable connector in use, so as to prevent the cable connector from being disconnected at will and enhance network communication security.

In order to achieve the above and other objectives, the present invention provides a connector locking assembly, comprising a cable connector, a sleeve, and a locking device. The cable connector comprises a body and a pressing plate extending from the body. The sleeve comprises a casing and a protective plate. The casing is connected to a rear portion of the cable connector. The protective plate extends from the casing, covers the pressing plate from above, and has a through hole penetrating front and rear sides of the protective plate, the front side facing the casing. The locking device comprises a bolt, a resilient element, and a stop block. The bolt has a front portion penetrating the through hole, being positioned between the body of the cable connector and the pressing plate, and interfering with the descent of the pressing plate. The resilient element extends from the bolt and is engaged with the casing. The stop block extends from the bolt and is positioned at a rear portion of the bolt, such that the stop block is stopped at the rear side of the protective plate.

Preferably, the connector locking assembly further comprises a lock-releasing device having a top plate and a bottom plate. The top plate is disposed on the stop block and has a hook engageable with a front edge of the stop block. The bottom plate lifts the resilient element of the locking device. When the lock-releasing device is engaged with the locking device, the stop block and the resilient element of the locking device are received between the top plate and the bottom plate

**2**

of the lock-releasing device, and the hook of the top plate is engaged with a front edge of the stop block, such that the bottom plate lifts the resilient element of the locking device to thereby cause the engaging block to withdraw from a mouth edge of the casing.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an exploded view of a connector locking assembly according to the first embodiment of the present invention;

FIG. **2** is a front view of the connector locking assembly of FIG. **1**;

FIG. **3** is a schematic assembled view of the connector locking assembly;

FIG. **4** is a lateral cross-sectional view of FIG. **3**;

FIG. **5** is a partial enlarged view of FIG. **4**;

FIG. **6** is a perspective view of a locking device of FIG. **1**;

FIG. **7** is a cross-sectional view of the locking device;

FIG. **8** is a schematic view of a lock-releasing device of the connector locking assembly;

FIG. **9** is a schematic view of application of the lock-releasing device;

FIG. **10** is a lateral cross-sectional view of FIG. **9**;

FIG. **11** is a partial enlarged view of FIG. **10**;

FIG. **12** is a schematic view of application of the lock-releasing device;

FIG. **13** and FIG. **14** are perspective views of a connector locking assembly according to the second embodiment of the present invention;

FIGS. **15** through **17** are a side view, a front view, and a bottom view of the connector locking assembly, respectively;

FIG. **18** is a perspective view of the connector locking assembly according to the present invention;

FIG. **19** is a cross-sectional view of the lock mechanism taken along line **19**-**19** of FIG. **18**;

FIG. **20** is a perspective view of a lock-releasing device according to the third embodiment of the present invention;

FIG. **21** is a perspective view of a locking device according to the third embodiment of the present invention;

FIG. **22** is a side view of the lock-releasing device is coupled to the locking device;

FIG. **23** and FIG. **24** are cross-sectional views of FIG. **22**; and

FIG. **25** is a bottom view of the locking device in FIG. **21**.

FIG. **26** is a perspective view of a locking device according to the fourth embodiment of the present invention; and

FIG. **27** is a side view of the connector locking assembly with the locking device in FIG. **26**.

### DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

Referring to FIG. **1**, there is shown a schematic view of a connector locking assembly **1** according to a preferred embodiment of the present invention. The connector locking assembly **1** comprises a cable connector **2**, a cable **3**, a sleeve **4**, and a locking device **5**.

In this embodiment, the cable connector **2** is exemplified by a RJ45 connector. The cable connector **2** comprises a body **20**, a pressing plate **22**, and a plurality of pins **24**. The pressing plate **22** extends from the body **20** and is positioned at the front end of the body **20**. The pins **24** are disposed in the body **20**, as shown in FIG. **2**. The cable **3** is connected to the body **20** of the cable connector **2** and comprises a plurality of wires. The wires are connected to the pins **24** in the body **20**, respectively, by a one-to-one relationship. In practice, each of the two terminal ends of the cable **3** is connected to a cable

US 8,529,284 B1

**3**

connector **2**. The pins **24** of each of the cable connectors **2** are electrically connected to pins in a network jack of a corresponding one of the electronic apparatuses, respectively, such that the two electronic apparatuses transmit signals and power to each other via the wires of the cable **3**, as soon as two said cable connectors **2** connected to the cable **3** are inserted into the network jacks of the two electronic apparatuses, respectively. The electronic apparatuses are desktop computers, notebook computers, POS systems, phones, scanners, webcams and servers. Also, once the cable connector **2** is inserted into the network jack, the cable connector **2** will be engaged with the network jack, such that the cable connector **2** cannot be disconnected therefrom; meanwhile, if a user presses the pressing plate **22** of the cable connector **2**, the cable connector **2** can be disconnected from the network jack.

The sleeve **4** comprises a casing **40**, a protective plate **42**, and a ring set **44**. The sleeve **4** serves as a shaped covering for the cable **3** and the cable connector **2** and thereby protects the connection between the cable **3** and the cable connector **2**. The casing **40** is connected to the rear portion of the cable connector **2**. The protective plate **42** extends from the casing **40** and covers the pressing plate **22** from above, so as to prevent the pressing plate **22** from being severed. The protective plate **42** has a through hole **420** that penetrates its front and rear sides. The front side of the protective plate **42** faces the casing **40**. The ring set **44** extends from the rear end of the casing **40** to be put around the cable **3**. The ring set **44** prevents the cable **3** and the cable connector **2** from being overly bent relative to each other and disconnected. Nonetheless, in practice, the ring set **44** may be dispensed with.

Referring to FIG. **3** and FIG. **4**, there are shown schematic views of the locking device **5** inserted into the sleeve **4**, respectively. The locking device **5** is designed to penetrate the through hole **420** of the protective plate **42**, and comprises a bolt **50**, a resilient element **52**, and a stop block **56**. Insertion of the locking device **5** into the through hole **420** of the protective plate **42** of the sleeve **4** causes the front portion of the bolt **50** to pass through the through hole **420**, be positioned between the body **20** of the cable connector **2** and the pressing plate **22**, and interfere with the distance of the descent of the pressing plate **22**. Hence, the cable connectors **2** cannot be disconnected from the network jacks of the electronic apparatuses. The resilient element **52** extends from the bolt **50** and is engaged with the casing **40**. The stop block **56** extends from the bolt **50** so as to be positioned at the rear portion of the bolt **50** and stopped at the rear side of the protective plate **42**. As a result, the locking device **5** cannot be withdrawn from the through hole **420** of the protective plate **42**.

Referring to FIG. **1** again, a label region **560** is defined on the stop block **56** of the locking device **5**. The label region **560** displays a text, a symbol, a color, and/or a pattern. Two ends of a cable are usually connected to two said locking devices **5**, and the label regions **560** on two said locking devices **5** are identical and identifiable by users, though the way of its application is not limited thereto.

Referring to FIG. **5**, a partial enlarged view of the FIG. **4** is shown in FIG. **5** for depicting the encircled portion of FIG. **4** in detail. The casing **40** of the sleeve **4** has a notch **400**. The notch **400** communicates with the casing **40** and faces the protective plate **42** of the casing **40**. The resilient element **52** has an engaging block **54**. The engaging block **54** is disposed in the notch **400** of the casing **40** and engaged with a mouth edge of the notch **400** of the casing **40** for preventing the locking device **5** from being reversely withdrawn from the through hole **420** of the protective plate **42**.

Referring to FIG. **6** and FIG. **7**, the resilient element **52** of the locking device **5** further has an arm **522**. The arm **522** has

**4**

one end connected to the bolt **50** of the locking device **5**. The arm **522** tilts relative to the bolt **50**. The top side of the arm **522** faces the bolt **50**. The engaging block **54** is disposed on the bottom side of the arm **522** and is slightly lower than the bottom of the bolt **50**. Hence, the arm **522** of the locking device **5** can swing relative to the bolt **50** resiliently and vertically.

Referring to FIG. **8** and FIG. **9**, a perspective view of a lock-releasing device **6** is shown in FIG. **8**, and a schematic view of application of the lock-releasing device **6** is shown in FIG. **9**. The connector locking assembly **1** further comprises a lock-releasing device **6**. The lock-releasing device **6** has a top plate **60** and a bottom plate **62** and serves to unlock the locking device **5** and thereby release the cable connector **2**.

Referring to FIG. **10** and FIG. **11**, a lateral cross-sectional view of FIG. **9** is shown in FIG. **10** and FIG. **11**, and a partial enlarged view of FIG. **10** is shown in FIG. **11** for depicting the encircled portion of FIG. **10** in detail. The resilient element **52** and the stop block **56** of the locking device **5** are received between the top plate **60** and the bottom plate **62** of the lock-releasing device **6**. The top plate **60** has a hook **600** engageable with a front edge of the stop block **56**. The bottom plate **62** lifts the resilient element **52** of the locking device **5** and thereby causes the engaging block **54** to withdraw from a mouth edge of the notch **400** of the casing **40**. Hence, the locking device **5** can be reversely withdrawn by means of the lock-releasing device **6**, thereby pressing the pressing plate **22** downward.

The bottom plate **62** of the lock-releasing device **6** has a ramp **620**. The arm **522** of the resilient element **52** can be moved along the ramp **620** of the bottom plate **62** onto the bottom plate **62**, such that not only can the bottom plate **62** be smoothly inserted into the bottom of the arm **522**, but the engaging block **54** can be smoothly disconnected from the notch **400** of the casing **40**.

Preferably, the arm **522** of the resilient element **52** has a ramp **524**, and the angle of inclination of the ramp **524** equals that of the ramp **620** of the bottom plate **62**.

Angle of inclination is between degrees of 20 to 45, but not limited to these. Hence, the ramp **524** of the arm **522** can be moved along the ramp **620** of the bottom plate **62** to reach the top side of the bottom plate **62**, as soon as the lock-releasing device **6** is engaged with the locking device **5**.

Referring to FIG. **8** and FIG. **12**, the top plate **60** further has a window **602** adjacent to the hook **600**. If the hook **600** of the top plate **60** of the lock-releasing device is engaged with the front edge of the stop block **56**, the window **602** will face the label region **560** of the locking device **5**.

Referring to FIGS. **13** through **19**, there are shown schematic views of a connector locking assembly **1a** according to another preferred embodiment of the present invention. In this embodiment, the connector locking assembly **1a** comprises a cable connector **7**, a sleeve **8**, a locking device **9**, and a lock-releasing device (not shown). The connector locking assembly **1a** is substantially the same as the connector locking assembly **1**, except that not only is the cable connector **7** of the connector locking assembly **1a** exemplified by an LC optical fiber connector, but the sleeve **8** of the connector locking assembly **1a** receives two cables **3a** (such as optical fiber cables). The locking device **9** is engageable with the sleeve **8**, and has a purpose and a structure which are substantially the same as that of the locking device **5**.

Referring to FIGS. **15** through **17**, there are shown a side view, a front view, and a bottom view of the connector locking assembly **1a**, respectively. The cable connector **7** have two chambers **70** which extend from the top of the cable connector **7** to the bottom of the cable connector **7** and are disposed on

5

6

two sides of the cable connector **7**, respectively. The sleeve **8** has a casing **80** and a protective plate **82**. The connection and structures of the protective plate **82** and the casing **80** are identical to that of the protective plate **42** and the casing **40** and thus are not described herein again for the sake of brevity. The casing **80** has a top lid **800** and a bottom board **802**. The top lid **800** has two ribs **804** positioned on two inner sides of the top lid **800**, respectively. The top lid **800** covers the top of the cable connector **7**. The two ribs **804** are positioned in two said chambers **70** of the cable connector **7**, respectively. The bottom board **802** underpins the bottom of the cable connector **7**. Hence, the casing **80** connects the cable connector **7** firmly.

Referring to FIG. **13** and FIG. **18**, the main difference between FIG. **13** and FIG. **18** lies in the structure of a stop block **90** of the locking device **9**, whereas other structures (such as the bolts or resilient elements) shown in FIG. **13** and FIG. **18** are identical. A point to note is that the primary purpose of the stop blocks **56**, **90** is to stop at the protective plates **42**, **82**, respectively; hence, the present invention requires that the stop blocks of the locking devices have to stop at the protective plates, but the present invention is not restrictive of the structure of the stop blocks.

FIG. **18** is a perspective view of the connector locking assembly **1a**. FIG. **19** is a cross-sectional view of FIG. **18**. Referring to FIG. **18** and FIG. **19**, the structure of the locking device **9** and its application-oriented relationship with the sleeve **8** are substantially the same as the related disclosure in the preceding embodiment and thus are not described herein again for the sake of brevity. The top lid **800** of the casing **80** has a notch **806**. The notch **806** faces the protective plate **82**. A resilient element **92** of the locking device **9** has an engaging block **94**. The engaging block **94** is disposed inside the notch **806** of the top lid **800** and engaged with a mouth edge of the notch **806** of the top lid **800**. Hence, the extent of the press-induced descent of a pressing plate **72** of the cable connector **7** is held in check, and thus the locking device **9** cannot be withdrawn at will.

Furthermore, the structure and purpose of a lock-releasing device in the second embodiment are the same as that of the lock-releasing device **6** in the first embodiment and thus are not described herein again for the sake of brevity.

Referring to FIGS. **20** through **24**, there are drawings of the third embodiment of the present invention. A connector locking assembly in the third embodiment is substantially the same as the connector locking assembly in the first embodiment in terms of structure. A lock-releasing device **6a** and a locking device **9a** in the third embodiment distinguish the third embodiment from the first embodiment.

Referring to FIG. **20**, the lock-releasing device **6a** has a top plate **60a**, a bottom plate **62a**, and two teeth **64a**, **66a**. The top plate **60a** and the bottom plate **62a** in the third embodiment are equal to the top plate **60** and the bottom plate **62** in the first embodiment in terms of structure and purpose and thus are not described herein again for the sake of brevity. The two teeth **64a**, **66a** are formed on the bottom plate **62a** and face the top plate **60a**. The tooth **64a** is of a greater width than the tooth **66a**. The tooth **64a** is of a lesser height than the tooth **66a**. Referring to FIG. **21**, the locking device **9a** further has two slits **900a**, **902a**. The two slits **900a**, **902a** are formed at the bottom of a stop block **90a** and adapted to match and receive the two teeth **64a**, **66a**, respectively. The two teeth **64a**, **66a** together function as a lock-releasing portion of the lock-releasing device **6a**, whereas the two slits **900a**, **902a** together function as a locking portion of the locking device **9a**, such that the lock-releasing portion and the locking portion are matched and coupled together.

Referring to FIG. **22** and FIG. **23**, the two slits **900a**, **902a** and the two teeth **64a**, **66a** are equal in width and height, such that the two teeth **64a**, **66a** can be inserted into the slits **900a**, **902a** respectively and in a one-to-one manner, so as to serve a lock-releasing purpose. Conversely, if the two teeth **64a**, **66a** fail to be inserted into the slits **900a**, **902a** respectively and in a one-to-one manner, for example, in a situation where one of the teeth **64a**, **66a** is wider than a corresponding one of the slits **900a**, **902a**, the lock-releasing device **6a** cannot serve a lock-releasing purpose. As a result, the locking device **9a** needs a specific said lock-releasing device **6a** in order to serve a lock-releasing purpose.

Referring to FIG. **24**, alternatively, the locking portion the locking device **9a** can be a threesome tooth **901a**, whereas the lock-releasing portion of the lock-releasing device **6a** can be a threesome slit **65a**, so as to perform a lock-releasing operation that requires a specific said lock-releasing device **6a**. The quantity, structure, and distribution of the slits **65a**, **900a**, **902a** and the teeth **64a**, **66a**, **901a** are not limited to the above-mentioned. Besides, the slits and the teeth can coexist on the locking portion and the lock-releasing portion, but have to meet the requirement that the lock-releasing portion and the locking portion can be matched and coupled together.

Referring to FIG. **25**, a bolt **91a** of the locking device **9a** has four bumps **910a**, **911a**, **912a**, **913a**, and the four bumps **910a**, **911a**, **912a**, **913a** are paired and disposed on two lateral sides of the bolt **91a**, respectively. At the point in time when the bolt **91a** of the locking device **9a** is inserted into the through hole of the protective plate of the sleeve and the locking device **9a** has not entered a locked state (as shown in FIG. **4**), the bumps **910a**, **911a**, **912a**, **913a** are stopped at a mouth edge of the through hole, so as to prevent the locking device **9a** from being disconnected reversely.

Referring to FIG. **26** and FIG. **27**, a stop block **90b** of a locking device **9b** has a guiding curved surface **94b**. The top edge of the guiding curved surface **94b** is connected to the top of the stop block **90b**. The bottom edge of the guiding curved surface **94b** is connected to a bolt **91b** of the locking device **9b** and abuts against the rear side of a protective plate **42b**, so as to prevent the locking device **9b** from being forcibly damaged. For example, if a screw or a finger is inserted between the stop block **90b** and the protective plate **42b**, any external force exerted upon the screw or the finger will lack a preferred fulcrum, because the screw or the finger will slide along the guiding curved surface **94b**.

In conclusion, a connector locking assembly according to the present invention is applicable to various cable connectors and thus its application is not restricted to the cable connectors in the aforesaid embodiment. The connector locking assembly according to the present invention is not only effective in preventing cable connectors which are inserted into network jacks from being disconnected at will, but also enhances the security of administration of communication network. Furthermore, the connector locking assembly comprises a protective plate for protecting a pressing plate of the cable connector and thereby preventing the pressing plate from severing under an external force.

What is claimed is:

1. A connector locking assembly, comprising:
a cable connector comprising a body and a pressing plate, the pressing plate extending from the body and positioned at a front portion of the body;
a sleeve comprising a casing and a protective plate, the casing being connected to a rear portion of the cable connector, the protective plate extending from the casing, covering the pressing plate from above, and having

US 8,529,284 B1

7

a through hole penetrating front and rear sides of the protective plate, the front side facing the casing; and

a locking device comprising a bolt, a resilient element, and a stop block, the bolt having a front portion penetrating the through hole, being positioned between the body of the cable connector and the pressing plate, and interfering with a descent of the pressing plate, the resilient element extending from the bolt and engaged with the casing, and the stop block extending from the bolt, being positioned at a rear portion of the bolt, and being stopped at the rear side of the protective plate.

**2**. The connector locking assembly as defined in claim **1**, wherein the casing of the sleeve has a notch communicating with the casing and facing the protective plate, and the resilient element has an engaging block disposed in the notch of the casing and engaged with a mouth edge of the notch of the casing.

**3**. The connector locking assembly as defined in claim **2**, wherein the resilient element of the locking device further has an arm, the arm having one end connected to the bolt of the locking device, tilting relative to the bolt, and having a top side facing the bolt, and the engaging block being disposed on a bottom side of the arm.

**4**. The connector locking assembly as defined in claim **2**, further comprising a lock-releasing device having a top plate and a bottom plate, the top plate being disposed on the stop block and having a hook engageable with a front edge of the stop block, the bottom plate lifting the resilient element of the locking device to thereby cause the engaging block to withdraw from a mouth edge of the notch of the casing.

**5**. The connector locking assembly as defined in claim **4**, wherein the bottom plate of the lock-releasing device has a ramp whereby an arm of the resilient element is moved onto the bottom plate.

**6**. The connector locking assembly as defined in claim **5**, wherein the arm of the resilient element has a ramp equal to the ramp of the bottom plate in an angle of inclination.

**7**. The connector locking assembly as defined in claim **4**, wherein the stop block has a label region, and the top plate further has a window adjacent to the hook and facing the label region.

**8**. The connector locking assembly as defined in claim **1**, wherein the stop block has a label region.

**9**. The connector locking assembly as defined in claim **1**, wherein the cable connector have two chambers extending from a top of the cable connector to a bottom of the cable connector and are disposed on two sides of the cable connector, respectively, and the casing has a top lid and a bottom board, the top lid having two ribs positioned on two inner

8

sides of the top lid, respectively, the top lid covering the top of the cable connector, the two ribs being positioned in two said chambers of the cable connector, respectively, and the bottom board underpinning the bottom of the cable connector.

**10**. The connector locking assembly as defined in claim **9**, wherein the top lid of the casing has a notch facing the protective plate, and the resilient element has an engaging block disposed inside the notch of the top lid and engaged with a mouth edge of the notch of the top lid.

**11**. The connector locking assembly as defined in claim **10**, further comprising a lock-releasing device having a top plate and a bottom plate, the top plate being disposed on the stop block and having a hook engageable with a front edge of the stop block, the bottom plate lifting the resilient element of the locking device to thereby cause the engaging block to withdraw from the notch of the top lid of the casing.

**12**. The connector locking assembly as defined in claim **1**, further comprising a lock-releasing device engageable with the locking device and having a top plate, a bottom plate, and a lock-releasing portion, the top plate being disposed on the stop block and having a hook engageable with a front edge of the stop block, the bottom plate lifting the resilient element of the locking device, the lock-releasing portion being positioned on the bottom plate and facing the top plate, wherein the locking device further comprises a locking portion formed at a bottom of the stop block, such that the locking portion and the lock-releasing portion is matched and coupled together.

**13**. The connector locking assembly as defined in claim **12**, wherein the lock-releasing portion has a plurality of teeth, and the locking portion has a plurality of slits, such that the teeth are inserted into the slits, respectively and in a one-to-one manner.

**14**. The connector locking assembly as defined in claim **12**, wherein the lock-releasing portion has a plurality of slits, and the locking portion has a plurality of teeth, such that the teeth are inserted into the slits, respectively and in a one-to-one manner.

**15**. The connector locking assembly as defined in claim **1**, wherein the bolt of the locking device has at least two bumps, and the two bumps are disposed on two lateral sides of the bolt, respectively.

**16**. The connector locking assembly as defined in claim **1**, wherein a stop block of the locking device has a guiding curved surface with a top edge and a bottom edge, the top edge being connected to a top of the stop block, and the bottom edge being connected to the bolt and abutting against a rear side of the protective plate.

\*   \*   \*   \*   \*

# EXHIBIT B

Print

# BLACK BOX
### NETWORK SERVICES

**Call 1-877-877-2269**

Copper Patch Cables

## Refine Results

**Configurators**
CATx Cable Selector
Fiber Cable Selector
Custom Cables
Custom Adapters

**Categories**
Copper Patch Cables [X]
CAT5 Patch (69)
CAT5e Patch (2146)
CAT6 Patch (1933)
CAT6A Patch (69)
CAT7 Patch (8)

**Most Popular Groupings**
Hot Sellers (2503)

**Length**
10-ft. [3.0-m] (390)
3-ft. [0.9-m] (371)
6-ft. [1.8-m] (359)
5-ft. [1.5-m] (304)
2-ft. [0.6-m] (271)
More...

**Color**
Yellow (470)
Red (467)
Green (448)
White (414)
Gray (406)
More...

**List Price**
Under $10 (1521)
$10 to $20 (1127)
$20 to $50 (759)
$50 to $100 (203)
$100 to $500 (520)
$500 to $1000 (78)
Over $1000 (11)

**GSA Products**
GSA Item (428)

**TAA Products**
TAA Item (610)

**Buy More, Save More**
Web-only exclusives and more.



## 3-Series CAT5e/6/6A Lockable Patch Cables

Get your **FREE** Sample.

## Get premium performance plus optional lockability. No need to buy new cables.

  GigaBase 3 CAT5e

**Premium performance.**
You won't sacrifice performance for security. These cables meet all TIA specs and are guaranteed for life. Best of all, because these cables are priced right, you get convenient, rock-solid security on a budget.

**Rugged, patented, LockPORT boot.**
The extremely rugged, hard-polymer boot and plug are integrated to protect the cable, and to prevent tampering. The snag-free, slimline boot fits all standard RJ-45 ports.

**Secure network ports - only when you need to.**
Use these high-performance cables for all your network applications and connections, including **CAT6A F/UTP**, CAT6 **UTP** and **S/FTP**, and CAT5e **UTP** and **F/UTP**. Then when you need to secure network ports, you can in seconds. Just slip an optional **Locking Pin** into the tab on the patented LockPORT™ boot. Now the cable is locked until you release it with the **Removal Key**.

**Prevent unauthorized access and disconnects.**
Protect mission-critical network ports from unauthorized access and removal. Prevent accidental disconnects, particularly in industrial and manufacturing applications. These cables offer easy Layer 1 security for many environments including healthcare, education, finance, government, transportation, retail, and more.

View 3-Series Locking Cable Products

Want to learn more?
Call us at (877) 877-2269.

**View 3-Series Locking Cables by Category**

CAT6A 650-MHz (F/UTP)
CAT6 550-MHz UTP
CAT6 650-MHz S/FTP
CAT5e 350-MHz UTP
CAT5e 250-MHz F/UTP

**Resources**
Brochure
3-Series Lockable Cables
PDF, 915KB

Video
3-Series Lockable Cables Demo

 

The hard-polymer boot and plug are integrated for better strength and strain-relief and to prevent tampering.

To secure network ports, slip the Locking Pin into the built-in locking tab on the patented boot. Once inserted, it can only be released with the Removal Key.



A locked cable with Locking Pin inserted in the boot.



To unlock, insert the Key into the Locking Pin until it clicks.



Pull the Locking Pin back and lift the Key to release.

## 3-Series Products

**LIVE CHAT**
We're online and ready to help!
Start Chat

Your shopping cart is empty

Website Feedback

**Got Questions?**

Call 877-877-2269
...or have us call you.
An expert will call you in 30 seconds. It's live and it's free.

Your Name

(Area Code)

Phone Number

Extension

(U.S. and Canada Only)

Submit



**3-Series Lockable Patch Cables**
• High-performance CAT5e/6/6A Cables.
• Easy Layer 1 security.

Free Sample

Learn More



**IT Infrastructure and Cabling Design and Sourcing Guide Available Now!**

Get the Guide

**Cable Selectors**
Use these handy tools to quickly find the exact CAT5/5e/6/6a/7, fiber, or custom cable—or custom adapter—you need.





VIDEO

Choosing a CAT5e or CAT6 channel solution: what you need to know.

watch it now

Results 1-9 of 4219 1 2 3 4 5 > >>

Sort by: Relevance

**TAA GigaTrue 3 CAT6A 650-MHz Patch Cable (F/UTP), Slimline, Lockable, Blue, 3-ft. (0.9-m)**

C6APC80S-BL-03
Get component-level performance with optional lockability—no need to replace existing cables.
more...

$12.95

Qty: 1 Add to cart »

**TAA GigaTrue 3 CAT6A 650-MHz Patch Cable (F/UTP), Slimline, Lockable, Black, 3-ft. (0.9-m)**

C6APC80S-BK-03
Get component-level performance with optional lockability—no need to replace existing cables.
more...

$12.95

Qty: 1 Add to cart »

**TAA GigaTrue 3 CAT6 550-MHz Patch Cable (UTP), Lockable, Slimline, Gray, 3-ft. (0.9-m)**

C6PC80-GY-03
Get premium performance with optional lockability—no need to replace existing cables.
more...

$8.45

Qty: 1 Add to cart »

**TAA GigaTrue 3 CAT6 550-MHz Patch Cable (UTP), Lockable, Slimline, Red, 3-ft. (0.9-m)**

C6PC80-RD-03
Get premium performance with optional lockability—no need to replace existing cables.
more...

$8.45

Qty: 1 Add to cart »

**TAA GigaTrue 3 CAT6 550-MHz Patch Cable (UTP), Lockable, Slimline, Black, 3-ft. (0.9-m)**

C6PC80-BK-03
Get premium performance with optional lockability—no need to replace existing cables.
more...

$8.45

Qty: 1 Add to cart »

**TAA GigaTrue 3 CAT6A 650-MHz Patch Cable (F/UTP), Slimline, Lockable, White, 3-ft. (0.9-m)**

C6APC80S-WH-03
Get component-level performance with optional lockability—no need to replace existing cables.
more...

$12.95

Qty: 1 Add to cart »

**TAA GigaTrue 3 CAT6A 650-MHz Patch Cable (F/UTP), Slimline, Lockable, Gray, 3-ft. (0.9-m)**

C6APC80S-GY-03
Get component-level performance with optional lockability—no need to replace existing cables.
more...

$12.95

Qty: 1 Add to cart »

**TAA GigaTrue 3 CAT6 550-MHz Patch Cable (UTP), Lockable, Slimline, Blue, 3-ft. (0.9-m)**

C6PC80-BL-03
Get premium performance with optional lockability—no need to replace existing cables.
more...

$8.45

Qty: 1 Add to cart »

**TAA GigaTrue 3 CAT6 550-MHz Patch Cable (UTP), Lockable, Slimline, Green, 3-ft. (0.9-m)**

C6PC80-GN-03
Get premium performance with optional lockability—no need to replace existing cables.
more...

$8.45

Qty: 1 Add to cart »

Results 1-9 of 4219 1 2 3 4 5 > >>

Choose a Selector:

CATx Cable Selector

Fiber Cable Selector

Custom Cable and Adapters Selector

## Get your FREE 3-Series Patch Cable sample.

Tell us where to send it.



    

| | |
|---|---|
| First Name* | |
| Last Name* | |
| Title* | Choose one ▾ |
| Company Name* | |
| Business Category* | Choose one ▾ |
| Industry* | Choose one ▾ |
| Address 1* | |
| Address 2 | |
| City* | |
| State/Province* | Choose One... ▾ |
| Country* | Choose One... ▾ |
| Zip/Postal Code* | |
| Phone Number* | |
| E-mail* | |

*Required fields, U.S. and Canada addresses only.
Your privacy is important to us.

Submit

© 2014 Black Box Corporation. All rights reserved.